**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

U.S.A.                      CITATION/CASE NO. 6:10-mj-081-MJS
v.

Chi Truong

## ORDER TO PAY

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
       City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____        _____
                                         Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

( ) **FINE** of $ _____      (X) Penalty **ASSESSMENT** of $ 10.00

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ _____ ,

paid within _____ days / months **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

(X) REVIEW/Post Sentencing HEARING DATE: 4/21/2011 at 10:00 (a.m)/ p.m. in Dept. 680
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C.** and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU      CLERK, U.S.D.C.      **CLERK, U.S.D.C.**
PO Box 70939      501 'I' St., #4-200      **2500 Tulare St., Rm 1501**
Charlotte, NC 28272-0939      Sacramento, CA 95814      **Fresno, CA 93721**
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 7/22/2010        _____
                                     U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office;  2) Page 2 & 3 - for defendant           EDCA - Rev 3/2007