Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-mj-00081-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| CHI VU TRUONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: August 9, 2011                              NATIONAL PARK SERVICE


                                                    /S/ Susan St. Vincent
                                                   Susan St. Vincent
                                                   Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 10, 2011          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE